UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEANA PATTISON,<br><br>                Plaintiff,<br>   v.<br><br>OMNITRITION<br>INTERNATIONAL, INC., et al.,<br><br>                Defendants. | CASE NO. C17-1454JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Defendants removed this action from King County Superior Court on September 25, 2017. (Not. of Rem. (Dkt. # 1).) Currently, there are five pending motions. Defendants Barbara Daley, Roger M. Daley, and Omnitrition International, Inc. (collectively, "Moving Defendants") filed a motion to dismiss for failure to state a claim. (10/2/2017 MTD (Dkt. # 10).) Plaintiff Deana Pattison then simultaneously filed a

MINUTE ORDER - 1

motion to remand (MTR (Dkt. # 12)) and a motion for relief from the deadline to respond to the motion to dismiss (Mot. (Dkt. # 15)). A few days later, the Daleys filed a motion for leave to amend the notice of removal. (MTA (Dkt. # 24).) Most recently, Defendant Jennifer Van Vynck filed a separate motion to dismiss for failure to state a claim. (10/23/2017 MTD (Dkt. # 33).)

These motions concern a number of complex, overlapping issues that may affect which parties are properly before the court and subsequently, the court's jurisdiction to hear this case. (*See generally, e.g.*, MTR; MTR Resp. (Dkt. # 28); 10/23/2017 MTD.) Therefore, the court instructs the parties not to file any additional motions until the court can decide the currently pending motions on the docket.

The court will consider the five motions in the following order. Jurisdiction is a threshold issue, and so the court will first rule on Ms. Pattison's motion to remand, as well as the Daleys' motion for leave to amend the notice of removal. The court will then, if necessary, consider the Moving Defendants' motion to dismiss in conjunction with Ms. Pattison's motion for relief from the filing deadline. Lastly, the court will rule on Ms. Van Vynck's motion to dismiss.

Given the sequence in which the court will address the motions, parties are not required to brief the later motions until necessary. Accordingly, parties should complete briefing on Ms. Pattison's motion to remand and the Daleys' motion for leave to amend the notice of removal, as those are the first motions that the court will consider. However, parties do not need to file further briefing for Moving Defendants' motion to dismiss until the court has ruled on the motion to remand and the motion for leave to

amend.[1] Likewise, parties do not need to continue briefing Ms. Van Vynck's motion to dismiss until the court has ruled on Moving Defendants' motion to dismiss and Ms. Pattison's motion for relief from the filing deadline. If necessary, the court will issue a revised briefing schedule following its ruling on Ms. Pattison's motion to remand and the Daleys' motion to amend the notice of removal.

Filed and entered this 24th day of October, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[1] The court recognizes that parties have already completed briefing on Ms. Pattison's motion for relief. (*See* Mot. Resp. (Dkt. # 26); Mot. Reply (Dkt. # 27).)