HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANA PATTISON, On Behalf of Herself and all others similarly situated, | **CLASS ACTION** |
| Plaintiff, | CAUSE NO. 2:17-CV-01454-JLR |
| vs. | **STIPULATED MOTION OF THE PARTIES REQUESTING THE COURT TO EXTEND INITIAL DISCLOSURES AND JSR DEADLINE** |
| OMNITRITION INTERNATIONAL, INC., a foreign corporation; ROGER M. DALEY and BARBARA DALEY, individually and their marital community comprised therewith; JENNIFER VAN VYNCK d/b/a JENNIFER VAN VYNCK OMNITRITION INDEPENDENT; and, DOES 1-100, Omnitrition Independent Marketing Associates, | **NOTING DATE: October 31, 2017** |
| Defendants. | |

STIPULATION

COME NOW all of the parties represented herein, by and through their respective

attorneys of record and hereby stipulate and agree that the deadlines for the parties to exchange

FED. R. CIV. P. 26 initial disclosures and to submit a joint status report and discovery plan, as

established by the Order issued on September 26, 2017, should be extended. As of the deadline

to exchange initial disclosures, the issue of this Court's subject matter jurisdiction has not yet

been determined. As such, the parties agree that the deadline to exchange initial disclosures

STIPULATED MOTION TO EXTEND
INITIAL DISCLOSURES AND JSR DEADLINE - 1

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA 98002-1381
(253) 859-8899 • Fax (866) 947-4646

1   (currently October 31, 2017) should be extended until one (1) week from the date the Court

2   decides that this matter is properly under its jurisdiction, and that the deadline to submit a joint

3

4   status report and discovery plan (currently November 7, 2017) should be extended until two

5   (2) weeks from the date the Court decides that this matter is properly under its jurisdiction.

6   The parties so stipulate and agree, and respectfully request that the Court extend the deadlines

7

8   accordingly.

9

10          STIPULATED this 31st day of October, 2017.

11

12

13   VAN SICLEN, STOCKS & FIRKINS          LANE POWELL PC

14

15   By: ___/s/ Victor J. Torres_____    By: ___/s/ Kristin Beneski_____
        Tyler K. Firkins, WSBA No. 20964         Douglas W. Greene, WSBA #22844

16      Victor J. Torres, WSBA No. 38781         Heidi B. Bradley, WSBA #35759
        Attorneys for Plaintiff                  Kristin Beneski, WSBA #45478

17                                               Attorneys for Defendants

18

19

20                            <u>ORDER</u>

21

22   It is so ordered. Parties are instructed to

23   include proposed orders in any future filings.

24   See Local Rules W.D. Wash. LCR 1(c)(7); 7(b)(1).

25

26   Dated this 1ˢᵗ day of November, 2017.

27

28   _____

29   JAMES L. ROBART
     United States District Judge

30

1

## CERTIFICATE OF SERVICE

2

The undersigned makes the following declaration certified to be true under penalty of

3

perjury:

4

On the date given below, I hereby certify that I caused the foregoing to be filed using

5

the United States District Court for Western District of Washington – Document Filing System

6

(CM/ECF) and a true and correct copy to be served on the following parties in the manner

7

indicated:

8

9

***Counsel for Defendants:***
Douglas W. Greene, WSBA #22844

10

Heidi B. Bradley, WSBA #35759
Kristin Beneski, WSBA #45478

11

LANE POWELL PC

12

1420 Fifth Avenue, Suite 4200
P.O. Box 91302

13

Seattle WA 98111-9402

14

(206) 223-7000
greened@lanepowell.com

15

bradleyh@lanepowell.com

16

beneskik@lanepowell.com

17

18

☐ U.S. First Class Mail

19

☐ Facsimile
☒ E-File

20

☐ Electronic Mail

21

☐ Legal Messenger

22

23

DATED: October 31, 2017.

24

25

_____/s/ Angela Holm_____
Angela Holm, Paralegal

26

27

28

29

30

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA  98002-1381
(253) 859-8899 • Fax (866) 947-4646