UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEANA PATTISON,<br><br>Plaintiff,<br>v.<br><br>OMNITRITION INTERNATIONAL, INC., et al.,<br><br>Defendants. | CASE NO. C17-1454JLR<br><br>ORDER |

Pursuant to Local Civil Rule 7(h)(3), the court ORDERS Plaintiff Deana Pattison to respond to Defendants Roger M. Daley and Barbara Daley's (collectively, "the Daleys") motion for reconsideration (Mot. (Dkt. # 44)) no later than Thursday, December 14, 2017. *See* Local Rules W.D. Wash. LCR 7(h)(3). Ms. Pattison shall limit her response to no more than five (5) pages and shall address only the issue of jurisdiction

//

//

ORDER - 1

under the Class Action Fairness Act, 28 U.S.C. § 1332(d), raised by the Daleys in their motion.

Dated this 7th day of December, 2017.

JAMES L. ROBART
United States District Judge