HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANA PATTISON, On Behalf of Herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>OMNITRITION INTERNATIONAL, INC., a foreign corporation; ROGER M. DALEY and BARBARA DALEY, individually and their marital community comprised therewith; JENNIFER VAN VYNCK d/b/a JENNIFER VAN VYNCK OMNITRITION INDEPENDENT; and, DOES 1-100, Omnitrition Independent Marketing Associates,<br><br>                    Defendants. | NO. 2:17-CV-01454-JLR<br><br>ORDER GRANTING ATTORNEY'S MOTION FOR WITHDRAWAL |

THIS MATTER, having come before the Court on Attorney's Motion for Withdrawal (Dkt. #59) filed on June 11, 2018, all parties having received notice of and an opportunity to respond to the Motion, the Court having reviewed all pleadings filed by all parties related to the Motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby ORDERED that:

Attorney's Motion for Withdrawal is GRANTED.

ORDER GRANTING WITHDRAWAL - 1

TORRES & HAROLDSON, PLLC
P.O. Box 530
Maple Valley, WA 98038
(425) 458-3170 · Fax (425) 458-3173

SO ORDERED this 12th day of _____June_____, 2018.

_____
HONORABLE JAMES L. ROBART

Presented By:

TORRES & HAROLDSON, PLLC

By: /s/ Victor J. Torres
    Victor J. Torres, WSBA No. 38781