# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEANA PATTISON,<br><br>                    Plaintiff,<br><br>        v.<br><br>OMNITRITION INTERNATIONAL, INC., et al.,<br><br>                    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C17-1454JLR |

__    **Jury Verdict**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants Omnitrition International, Inc., Roger M. Daley, Barbara Daley, and Jennifer Van Vynck's motion to dismiss is granted.  (Order (Dkt. # 63).)  This action is dismissed with prejudice.  (*See id.*)

Filed this 14th day of June, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk